# CERTIFICATE OF SERVICE

I certify that on April 19, 2019, a true and correct copy of the Trustee's Objection to Motion to Incur Debt was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    William J. Balena, Attorney, on behalf of Debtor at docket@ohbksource.com

And by regular U.S. mail, postage prepaid, on:

    Thomas E. Doyle and Nina M. Doyle, Debtors at 6157 Mills Creek Lane,
    Lorain, OH 44039

    /S/ Philip D. Lamos
    PHILIP D. LAMOS (#0066844)
    Attorney for Lauren A. Helbling, Chapter 13 Trustee
    200 Public Square, Suite 3860
    Cleveland OH 44114-2321
    Phone: (216) 621-4268    Fax: (216) 621-4806
    ch13trustee@ch13cleve.com

PL:ac
4/19/19