# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re: Thomas Doyle            Case No. 15-16646
       Nina Doyle              Chapter 13 Proceedings
       Debtors                Judge Arthur I. Harris

## AMENDED TRUSTEE'S OBJECTION TO DEBTORS' MOTION TO INCUR DEBT TO PURCHASE MOTOR VEHICLE

Now comes, LAUREN A. HELBLING, the duly appointed and qualified Standing Chapter 13 Trustee ("Trustee") herein, by and through counsel, and hereby objects to the Debtors' motion to incur debt to purchase a motor vehicle. In support of her objection the Trustee makes the following representations to the Court:

1. The Debtors have not provided an amended budget and recent pay advices which demonstrate they can afford the proposed purchase, as required by Administrative Order 98-1.

WHEREFORE your Trustee, being a proper party in interest, hereby moves this Honorable Court to sustain her objection and deny the Debtors' motion for the reasons cited.

                                     /S/ Philip D. Lamos
                                     PHILIP D. LAMOS (#0066844)
                                     Attorney for Lauren A. Helbling, Chapter 13 Trustee
                                     200 Public Square, Suite 3860
                                     Cleveland OH 44114-2321
                                     Phone: (216) 621-4268    Fax: (216) 621-4806
                                     ch13trustee@ch13cleve.com

## CERTIFICATE OF SERVICE

I certify that on April 19, 2019, a true and correct copy of the Trustee's Amended Objection to Motion to Modify Chapter 13 Plan was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    William J. Balena, Attorney, on behalf of Debtors at docket@ohbksource.com

And by regular U.S. mail, postage prepaid, on:

    Thomas E. and Nina M. Doyle, Debtors at 6157 Mills Creek Lane,
    North Ridgeville, OH 44039

    /S/ Philip D. Lamos
    PHILIP D. LAMOS (#0066844)
    Attorney for Lauren A. Helbling, Chapter 13 Trustee
    200 Public Square, Suite 3860
    Cleveland OH 44114-2321
    Phone: (216) 621-4268    Fax: (216) 621-4806
    ch13trustee@ch13cleve.com

PL:ac
4/19/19